UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Adolfo S. De Martinis, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ  07052
Tel: (973) 731-8700
Fax: (973) 731-8900
ASD-2570

In Re:
CARMEL HENRI LEROUGE

Order Filed on February 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-18921
Chapter: 13
Judge: JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 28, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __November 19, 2019__:

Property: __68 Bailey Avenue, Hillside, NJ 07205__

Creditor: __Selene Finance__

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by __Debtor__, and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including __May 19, 2020__.

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*