**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on March 30, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   CARMEL HENRI LEROUGE

Case No.:  19-18921 JKS

Hearing Date:  3/26/2020

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: March 30, 2020

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): CARMEL HENRI LEROUGE

Case No.: 19-18921

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 03/26/2020 on notice to ADOLFO S. DE MARTINIS, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Carmel Henri Lerouge  
    Debtor

Case No. 19-18921-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Mar 31, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.  
db          Carmel Henri Lerouge,    68 Bailey Ave,    Hillside, NJ   07205-1602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
         Adolfo S. De Martinis    on behalf of Debtor Carmel Henri Lerouge adolfos@demartinislaw.com, G29645@notify.cincompass.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Elizabeth K. Holdren    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Owner Trustee for the Residential Credit Opportunities Trust V-D eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Steven P. Kelly     on behalf of Creditor    US Bank National Association, et al skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                   TOTAL: 6