UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Adolfo S. De Martinis, LLC
111 Northfield Avenue, Suite 304
West Orange, NJ  07052
Tel: (973) 731-8700
Fax: (973) 731-8900
ASD-2570

Order Filed on May 29, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
CARMEL HENRI LEROUGE

| | |
|---|---|
| Case No.: | 19-18921 |
| Chapter: | 13 |
| Judge: | JKS |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 29, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on November 19, 2019:

Property: 68 Bailey Avenue, Hillside, NJ 07205

Creditor: Selene Finance

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by Debtor, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including September 30, 2020.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

```
                         United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 19-18921-JKS
Carmel Henri Lerouge                                                Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 29, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2020.
db       Carmel Henri Lerouge,   68 Bailey Ave,   Hillside, NJ  07205-1602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2020 at the address(es) listed below:
        Adolfo S. De Martinis   on behalf of Debtor Carmel Henri Lerouge adolfos@demartinislaw.com, G29645@notify.cincompass.com
        Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Elizabeth K. Holdren   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Owner Trustee for the Residential Credit Opportunities Trust V-D eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com
        Marie-Ann Greenberg   magecf@magtrustee.com
        Steven P. Kelly   on behalf of Creditor   US Bank National Association, et al skelly@sterneisenberg.com, bkecf@sterneisenberg.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 6