| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with<br>D.N.J.LBR 9004-1<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
| In re:<br><br>Carmel Henri Lerouge<br>                                Debtor. |

Order Filed on July 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 19-18921-JKS

Hearing Date: July 21, 2020

Judge John K. Sherwood

## ORDER CONFIMRING THE AUTOMATIC STAY IS NOT IN EFFECT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 22, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("movant") under Bankruptcy Code section 362(j) for an order confirming the stay is not in effect as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is confirmed to not be in effect and movant is permitted to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2018 Nissan Rogue; VIN: 5N1AT2MV5JC773734**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev.11/14/18*

United States Bankruptcy Court
District of New Jersey

In re:  
Carmel Henri Lerouge  
    Debtor

Case No. 19-18921-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 22, 2020  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2020.  
db        Carmel Henri Lerouge,   68 Bailey Ave,   Hillside, NJ 07205-1602

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2020 at the address(es) listed below:  
      Adolfo S. De Martinis   on behalf of Debtor Carmel Henri Lerouge adolfos@demartinislaw.com, G29645@notify.cincompass.com  
      Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Elizabeth K. Holdren   on behalf of Creditor   Wilmington Savings Fund Society, FSB, as Owner Trustee for the Residential Credit Opportunities Trust V-D eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
      Gavin Stewart   on behalf of Creditor   Toyota Motor Credit Corporation bk@stewartlegalgroup.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Steven P. Kelly   on behalf of Creditor   US Bank National Association, et al skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
      TOTAL: 7