| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J.LBR 9004-1** | Order Filed on July 29, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | |
| In re:<br><br>Carmel Henri Lerouge<br>          Debtor. | Chapter: 13<br><br>Case No.: 19-18921-JKS<br><br>Hearing Date: July 21, 2020<br><br>Judge John K. Sherwood |

**AMENDED ORDER CONFIRMING THE AUTOMATIC STAY IS NOT IN EFFECT**

 The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 29, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("movant"), under Bankruptcy Code section 362(j) for an order confirming the automatic stay is not in effect as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is confirmed to not be in effect and movant is permitted to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2018 Toyota Tundra; VIN: 5TFDY5F11JX770546**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev.11/14/18*